**DISMISS; and Opinion Filed August 11, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00240-CV

**FLEX CAPITAL TRANSPORT, LLC. D/B/A FLEX FRAC OILFIELD AND FLEXFRAC PROPPANT SAND SUPPLIER, LLC, Appellants**

**V.**

**MUSKIE PROPPANT LLC, Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-00869**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

The clerk's record in this case is overdue. By postcard dated May 19, 2016, we informed appellants that the Dallas County District Clerk notified the Court the clerk's record had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide, within ten days, verification of payment or arrangements to pay for the clerk's record. We cautioned appellants that if they did not file the required documentation we might dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, appellants have not filed the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).



        /Elizabeth Lang-Miers/
        ELIZABETH LANG-MIERS
        JUSTICE


160240F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FLEX CAPITAL TRANSPORT, LLC.
D/B/A FLEX FRAC OILFIELD AND
FLEXFRAC PROPPANT SAND
SUPPLIER, LLC, Appellants

No. 05-16-00240-CV          V.

MUSKIE PROPPANT LLC, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-00869.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MUSKIE PROPPANT LLC recover its costs of this appeal from appellants FLEX CAPITAL TRANSPORT, LLC. D/B/A FLEX FRAC OILFIELD AND FLEXFRAC PROPPANT SAND SUPPLIER, LLC.

Judgment entered this 11th day of August, 2016.